UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47064
Morton & Craig LL
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC

In Re:

GARY A. WEBER

Order Filed on November 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-24388

Adv. No.:

Hearing Date: 9-25-18

Judge: MBK

## ORDER PROVIDING FOR MONTHLY PAYMENTS, INSURANCE AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 7, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Gary Weber
17-24388(MBK)
Order Providing for Monthly Payments, Insurance and
Stay relief under certain circumstances
Page 2

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC with the appearance of Tammy White, Esq. on behalf of the debtor, and this order having been submitted to the court and served upon the debtor, their attorney and the trustee under the seven day rule, with no objections received, and for good cause shown;

IT IS, ORDERED:

1. That CAB EAST LLC is the owner and lessor of 2016 FORD FUSION bearing vehicle identification number 3FA6P0H91GR242689, which vehicle has been leased by the debtor.

2. The debtor shall make all lease payments when due (being the 1ST day of each month).  In the event the debtor fails to make any lease payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. At the conclusion of the lease, if the debtor fails to immediately purchase the vehicle in accordance with the lease end purchase option, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall have immediate stay relief and shall be permitted to immediately repossess and/or sell the vehicle in accordance with the terms of the lease without any application to this court or notice to the debtor or his attorney.  This paragraph shall be self executing in nature.

5. The debtor shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC, through the plan, a counsel fee of $506.00 which shall be paid by the trustee as an administrative priority expense.