UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47064
Morton & Craig LL
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC

In Re:

GARY A. WEBER

Case No.: 17-24388

Adv. No.:

Hearing Date: 9-25-18

Judge: MBK

Order Filed on November 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER PROVIDING FOR MONTHLY PAYMENTS, INSURANCE AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Gary Weber
17-24388(MBK)
Order Providing for Monthly Payments, Insurance and
Stay relief under certain circumstances
Page 2


This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC with the appearance of Tammy White, Esq. on behalf of the debtor, and this order having been submitted to the court and served upon the debtor, their attorney and the trustee under the seven day rule, with no objections received, and for good cause shown;

IT IS, ORDERED:

1. That CAB EAST LLC is the owner and lessor of 2016 FORD FUSION bearing vehicle identification number 3FA6P0H91GR242689, which vehicle has been leased by the debtor.

2. The debtor shall make all lease payments when due (being the 1ST day of each month). In the event the debtor fails to make any lease payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. At the conclusion of the lease, if the debtor fails to immediately purchase the vehicle in accordance with the lease end purchase option, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall have immediate stay relief and shall be permitted to immediately repossess and/or sell the vehicle in accordance with the terms of the lease without any application to this court or notice to the debtor or his attorney. This paragraph shall be self executing in nature.

5. The debtor shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC, through the plan, a counsel fee of $506.00 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-24388-MBK
Gary A Weber                                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin              Page 1 of 1           Date Rcvd: Nov 08, 2018
                        Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db           +Gary A Weber,    430 Garfiled Avenue,    Avon by the Sea, NJ 07717-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Gary A Weber cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7