UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49364
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC
JM-5630

Order Filed on August 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
GARY A. WEBER

Case No.: 17-24388 (MBK)
Adv. No.:

Hearing Date: 8-14-2019

Judge: Michael B. Kaplan

## ORDER PERMITTING FORD MOTOR CREDIT COMPANY LLC, SERVICER FOR CAB EAST LLC TO FILE AN ADMINISTRATIVE CLAIM AND DIRECTING TRUSTEE TO PAY THE CLAIM AS AN ADMINISTRATIVE PRIORITY EXPENSE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor: Gary A. Weber / 49364

Case No: 17-24388 (MBK)

Order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense

Upon consideration of the motion of Ford Motor Credit Company LLC, servicer for CAB EAST LLC for an order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense, and good cause appearing therefore, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC, servicer for CAB EAST LLC is permitted to file an administrative claim for excess mileage and tax on excess mileage totaling $9,398.14.

2. The trustee is hereby ordered to pay the claim as an administrative priority expense.