**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49364
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC
JM-5630

Order Filed on August 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
GARY A. WEBER

Case No.: 17-24388 (MBK)
Adv. No.:

Hearing Date: 8-14-2019

Judge: Michael B. Kaplan

**ORDER PERMITTING FORD MOTOR CREDIT COMPANY LLC, SERVICER FOR CAB EAST LLC TO FILE AN ADMINISTRATIVE CLAIM AND DIRECTING TRUSTEE TO PAY THE CLAIM AS AN ADMINISTRATIVE PRIORITY EXPENSE**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor: Gary A. Weber / 49364

Case No: 17-24388 (MBK)

Order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense

Upon consideration of the motion of Ford Motor Credit Company LLC, servicer for CAB EAST LLC for an order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense, and good cause appearing therefore, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC, servicer for CAB EAST LLC is permitted to file an administrative claim for excess mileage and tax on excess mileage totaling $9,398.14.

2. The trustee is hereby ordered to pay the claim as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24388-MBK
Gary A Weber                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 16, 2019
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
db             +Gary A Weber,    430 Garfiled Avenue,    Avon by the Sea, NJ 07717-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:
     Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
     Albert   Russo    docs@russotrustee.com
     Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
      Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
     James J. Cerbone    on behalf of Debtor Gary A Weber cerbonelawfirm@aol.com,
      cerbonejr83307@notify.bestcase.com
     John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
      LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
     Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
      NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
      nj.bkecf@fedphe.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 7