UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

GARY A. WEBER

Debtor

Case No.: 17-24388 MBK

Chapter: 13

Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Trustee's Letter to debtor concerning completion of plan payments, Doc #66, filed in error.

Date: 4/4/22

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*